IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN WELDING & GAS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ENDURANCE ASSURANCE CORPORATION and SOMPPO INTERNATIONAL, <br><br> Defendants. | CV 25-100-M-KLD <br><br> ORDER |

Defendants Endurance Assurance Corporation and Sompo International have filed an unopposed motion to stay litigation in this matter. (Doc. 17). Defendants state that the parties are engaged in settlement negotiations, and request a stay of two months for the proceedings and deadlines set in this Court's October 7, 2025 Order (Doc. 14). Accordingly, and good cause appearing,

IT IS ORDERED that proceedings is this matter are stayed for two months from the date of this order. All deadlines set forth in the Court's October 7, 2025 order (Doc. 14) are VACATED. The preliminary pretrial conference set for November 18, 2025 is VACATED.

1

IT IS FURTHER ORDERED that on or before January 7, 2026, the parties shall file a joint status report, advising the Court as to the status of settlement negotiations.

DATED this 7th day of November, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge