IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN WELDING & GAS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ENDURANCE ASSURANCE CORPORATION and SOMPPO INTERNATIONAL, <br><br> Defendants. | CV 25-100-M-KLD <br><br> ORDER |

Defendants move for the admission of Amanda Proctor and Michael Margulies to practice before this Court in this case with Nathan A. Huey to act as local counsel. (Docs. 15, 16). The applications of Ms. Proctor and Mr. Margulies appear to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendants' motions to admit Amanda Proctor (Doc. 15) and Michael Margulies (Doc. 16) pro hac vice are GRANTED on the condition that Ms. Proctor and Mr. Margulies shall do their own work. This means that Ms. Proctor and Mr. Margulies must do their own writing, sign their own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing

system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Proctor and Mr. Margulies, within fifteen (15) days of the date of this Order, each file a pleading acknowledging their admission under the terms set forth above.

DATED this 10th day of November, 2025.

Kathleen L. DeSoto
United States Magistrate Judge